```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    Nevada State Bar No. 2137
 3  CARLOS A. GONZALEZ
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada  89101
 5  Ph: (702) 388-6336
    Fax: (702) 388-6787
 6  E-mail: Carlos.Gonzalez2@usdoj.gov
    Attorneys for the United States.
 7
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FILALI MOHAMED MADIDI, | Case No. 2:10-cv-00612-RLH-PAL |
| Plaintiff, | DEFENDANT'S UNOPPOSED MOTION |
| v. | FOR EXTENSION OF TIME |
| | (FIRST REQUEST) |
| U.S. CITIZENSHIP & IMMIGRATION SERVICES, U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

**COMES NOW** defendants, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and request a seven (7) day extension of time, to file a Discovery Plan and Scheduling Order.

The instant request is based on absence of undersigned counsel from his office August 12 and 13 due to family health reasons compounded by co-counsel, Ms. Gisella Westwater's absence from her office at the Department of Justice due to off site training requirements during the weeks of August 9 and August 16, 2010. Plaintiff counsel, Mr. Luther Snavely has been informed as

to the need for the seven (7) day extension of time and has no opposition to the same.  The original deadline to file the discovery plan and scheduling order is August 16, 2010.

This request is Defendants' first request to this Court for an enlargement of time for the purposes stated in this motion, it is made timely and will not prejudice Plaintiff.

It is therefore respectfully requested that a seven (7) day extension of time to file a Discovery Plan and Scheduling Order be granted, extending the deadline up to and including August 23, 2010.

DATED this 16th day of August 2010.

                      Respectfully submitted,

                      DANIEL G. BOGDEN
                      United States Attorney

                        /s/ Carlos A. Gonzalez
                      Carlos A. Gonzalez
                      Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE: August 30, 2010

2